AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

MARION ANDERSON,

      Plaintiff,             JUDGMENT IN A CIVIL CASE

V.

                             CASE NUMBER: **3:09-CV-00452-RCJ-RAM**

E.K. MCDANIEL, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that pursuant to Order #(6) this action is **DISMISSED without prejudice**.


   October 9, 2009                                   **LANCE S. WILSON**
                                                         Clerk


                                                    /s/ D. R. Morgan
                                                      Deputy Clerk